ORIGINAL

FILED

05/03/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0583

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 19-0587 and OP 20-0583

STATE OF MONTANA,

Plaintiff and Appellee,

v.

MARK ALAN MENDOZA,

Defendant and Appellant.

FILED

MAY 03 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

BRANDON JAMES KILLAM,

Petitioner,

v.

JIM SALMONSEN, Acting Warden,
MONTANA STATE PRISON

Respondent.

Pursuant to the Internal Operating Rules of this Court, these causes are classified for oral argument before the Court sitting en banc and are hereby set for argument on Wednesday, June 16, 2021, at 9:30 a.m. in the Courtroom of the Montana Supreme Court, Joseph P. Mazurek Justice Building, Helena, Montana. Any counsel desiring to participate in the argument remotely shall contact the Clerk of Court to make arrangements. The argument will be live-streamed and can be accessed through the Court's website at http://stream.vision.net/MT-JUD/.

IT IS FURTHER ORDERED that appellate counsel shall be APPOINTED to represent Petitioner Brandon James Killam, pursuant to § 46-8-104(1)(d), MCA, for the purposes of this oral argument. The Appellate Defender Division shall have ten days from the date of this Order within which to file a Notice of Appearance.

Counsel shall be prepared to discuss whether Montana cases, specifically *State v. Kime*, 2002 MT 38, ¶ 16, 308 Mont. 341, 43 P.3d 290, and *State v. Pavey*, 2010 MT 104, 356 Mont. 248, 231 P.3d 1104, are the appropriate application of the plain language of § 46-18-403(1), MCA, credit for incarceration prior to conviction.

IT IS FURTHER ORDERED that, for purposes of oral argument, the captioned cases are combined.

IT IS FURTHER ORDERED that pursuant to M. R. App. P. 17(3), oral argument times in this combined matter shall be a total of forty (40) minutes for Appellant Mendoza and Petitioner Killam and thirty (30) minutes for Appellee and Respondent State of Montana.

Counsel should be mindful of the provisions of M. R. App. P. 17(6).

The Clerk of the Supreme Court is directed to provide a copy of this Order to all counsel of record; to Brandon James Killam personally; to the Appellate Defender Division; to the Honorable John Kutzman, Eighth Judicial District Court, Cascade County; and to the Honorable Deborah Kim Christopher, Twentieth Judicial District Court, Lake County.

DATED this 3rd day of May, 2021.

For the Court,

By _____
Chief Justice